Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (SBN 363123)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

Colette Mahon, Esq.
**LAWYERS FOR EMPLOYEE AND**
**CONSUMER RIGHTS, APC**
3500 West Olive Ave., Third Floor
Burbank, CA  91505
Tel: (323) 375-5101
Fax: (323) 306-5571
cmahon@lfecr.com

*Attorneys for Plaintiff and the putative Class*

SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Petersen D. Walrod (SBN 339521)
pwalrod@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
*Attorneys for Defendant MERCER, FRASER*
*COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONAS, on behalf of himself and the putative Class Members, <br><br> *Plaintiff,* <br><br> vs. <br><br> MERCER, FRASER COMPANY, and DOES 1 through 100, inclusive, <br><br> *Defendants.* | Lead Case No.  3:26-cv-01216-VC Related to 3:26-cv-04666-VC <br><br> **JOINT REQUEST FOR REMOTE ACCESS TO THE JULY 9, 2026 HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Case Removed: February 9, 2026 <br> Complaint filed: December 30, 2025 <br><br> Trial Date: None Set <br><br> **DEMAND FOR JURY TRIAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant, by and through their counsel of record, respectfully request that Defendant's hearing on its Motion for Judgment on the Pleadings (ECF No. 13) be conducted via remote access.

This request is made on the basis that Mr. Morelli, lead counsel for Plaintiff, is located in Tennessee, and requiring in-person attendance would present a significant and unnecessary expense. Allowing the Parties to participate via remote means will facilitate efficient proceedings while ensuring their meaningful participation in oral arguments.

This request is made in good faith and not for purposes of delay. This request is submitted jointly.

The Parties are prepared to comply with any technical requirements set by the Court to ensure a smooth and effective remote appearance.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this request and permit remote appearance.

Respectfully Submitted,

Date: July 6, 2026

*/s/ Robert E. Morelli, III*
Carolyn H. Cottrell
Ori Edelstein
Robert E. Morelli, III
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**

*Attorneys for Plaintiff and the putative Class*

Date: July 6, 2026

*/s/ Petersen D. Walrod*
Petersen D. Walrod
Seyfarth Shaw LLP
*Attorneys for Defendant*

JOINT REQUEST FOR REMOTE ACCESS TO THE JULY 9, 2026 HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 3:26-cv-01216-VC

**CERTIFICATE OF SERIVE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on July 6, 2026. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.

Dated: July 6, 2026

*/s/ Robert E. Morelli, III*

2